JONNY ALEXANDER
SOLORZANO-PASTRANA,

      Petitioner,

   v.                            **Case No. 26-CV-885**

DALE J. SCHMIDT, Sheriff, Dodge County,

      Respondent.

## ORDER TO RETURN MAGISTRATE JUDGE CONSENT FORM

On May 19, 2026, the Court ordered the respondent, Sheriff Dale J. Schmidt, to answer the habeas petition filed by Jonny Alexander Solorzano-Pastrana by May 29, 2026. (Docket # 5.) Schmidt failed to timely respond or to even appear in the case. Rather, the United States of America, a nominal party in this case, filed a response opposing the petition in which it stated, in a footnote, that the Office of the United States Attorney for the Eastern District of Wisconsin does not represent Schmidt; however, "counsel for the jail custodians have authorized the undersigned to state they join in this answer and do not intend to submit a separate response." (Docket # 8 at 1 n.1.) This is insufficient.

None of these federal entities are proper respondents in this habeas action. Seventh Circuit law is clear that Schmidt is the *only* proper respondent in this case. In other words, requiring Schmidt to appear and answer is not a mere formality, it is the law. It is procedurally incorrect for the United States, who is not a proper respondent in this case and concedes it does not represent Schmidt, to effectively act on Schmidt's behalf. Thus, so the docket is clear, the Clerk of Court shall terminate all other persons and federal entities identified as

respondents, with the exception of the United States of America, who remains as a nominal party.

Further, as stated in the Order dated June 23, 2026, I cannot address the merits of the habeas petition without the full consent of the parties. *See Coleman v. Lab. & Indus. Rev. Comm'n of Wisconsin*, 860 F.3d 461, 475 (7th Cir. 2017). Pursuant to the standing order of the Chief Judge, "[w]hile the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntary, the duty to respond to this order is **mandatory**." Despite this admonition, Schmidt failed to respond to the May 19, 2026, notice from the clerk's office to file a consent or refusal form within 21-days (*See* May 19, 2026, docket annotation) and disregarded the June 23, 2026, Order requiring Schmidt to return the form by 12:00 p.m. on June 25, 2026 (Docket # 12).

I again order respondent Schmidt to enter an appearance, submit a completed "Consent to Proceed Before a Magistrate Judge" form, and indicate his position on the pending habeas petition. Schmidt must do so by **12:00 p.m. on Monday, June 29, 2026**. Should Schmidt fail to do so, this matter will be randomly reassigned to a district judge for all further proceedings.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 26th day of June, 2026.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge

2